CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 10 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| ROBERT CESAR URIBE-GALINDO, ) | Civil Action No. 7:12-cv-00012 |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHRISTOPHER ZYCH, ) | By: Hon. Jackson L. Kiser |
| Respondent. ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; the petition is **DISMISSED** without prejudice as moot; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to counsel of record for respondents.

ENTER: This 10th day of April, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge